AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00279 |
| Jacob Travis Clark | ) | Assigned To : Meriweather, Robin M. |
| DOB: XXXXXX | ) | Assign. Date : 03/05/2021 |
| | ) | Description: Complaint w/ Arrest Warrant |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, | |
| 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds, | |
| 18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds, | |
| 40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds, | |
| 18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder, | |
| 18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress. | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

Brandon Kimble, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 03/05/2021

2021.03.05 18:18:23 -05'00'
_____
Judge's signature

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*