# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 1:21-mj-00279-RMM |
| : | |
| JACOB TRAVIS CLARK, : | |
| : | |
| Defendant. : | |

## UNOPPOSED MOTION FOR MODIFICATION FOR RELEASE CONDITIONS

Jacob Clark, by his attorney, respectfully requests that this Honorable Court modify his release conditions so that he may be move his residence to Laramie, Wyoming.  In support of his Motion, counsel states the following.

1. On April 21, 2021, Mr. Clark was arrested in Colorado on the charges relating to events on January 6, 2021 at the U.S. Capitol.

2. On April 28, 2021, Mr. Clark was released on his own personal recognizance to be supervised by the District of Colorado.

3. Mr. Clark has had no reported violations of pretrial release during the life of this case.

4. Mr. Clark's family has moved to Laramie, Wyoming. He wishes to join them by September 1, 2021.  Counsel has provided the address to Pretrial Services Agency.

5. The Government does not oppose this Motion.

Conclusion

Mr. Clark respectfully requests that the Court modify his release conditions so that he can receive courtesy supervision from the District of Wyoming, as of September 1, 2021.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
EUGENE OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500